**MAGISTRATE'S CRIMINAL MINUTES**
**REMOVALS (RULE 5 & 5.1)**

FILED IN OPEN COURT

DATE: 11/2/22 @ 11:42

TAPE: FTR   TIME IN COURT: 15 mins

MAGISTRATE CATHERINE M. SALINAS

ANGELA SMITH DEPUTY CLERK

CASE NUMBER 1:22-mj-937    DEFENDANT'S NAME Brandon Hollins
AUSA Teddy Hertzberg    DEFENDANT'S ATTY Takiya Wheeler
USPO Emma Moses    Type Counsel (circle)   Retained   CJA   (FDP)

_____ Interpreter

✓ Initial appearance hearing held.
✓ Defendant informed of rights.
✓ ORDER appointing Federal Defender Program attorney for defendant.
___ ORDER appointing _____ attorney for defendant.
___ ORDER defendant shall pay attorney's fees as follows: _____

✓ Defendant WAIVES removal hearing (as to identity only).   ✓ WAIVER FILED.
___ Defendant WAIVES preliminary hearing (___ In this district only).   ___ WAIVER FILED.
___ Removal hearing set/reset/cont to _____ @ _____
___ Removal hearing HELD. ___ Probable Cause found. Defendant held for removal.
___ Defendant identified as named defendant in allegations. Defendant held for removal to other district.
✓ Defendant ordered removed to other district.
✓ Commitment issued  11/2/22

### BOND/PRETRIAL DETENTION HEARING

✓ Government motion for detention filed.   Hearing set for _____ @ _____
✓ BOND/PRETRIAL DETENTION HEARING HELD   ___ Requested in charging district.
✓ Government's motion for detention  ✓ GRANTED   ___ DENIED
✓ Pretrial detention ORDERED. (Written order to follow _____).
___ BOND SET at $_____
    ___ NON-SURETY
    ___ SURETY/CASH: ___ Property Acceptable: ___ Corporate Surety Only
    ___ Combination: _____
___ SPECIAL CONDITIONS: _____

___ BOND FILED. Defendant RELEASED.
___ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.
___ SEE PAGE 2